In the Matter of the Adoption of MICHAEL B. KING, an Infant. MYERS W. KING et al., Appellants; PATRICK BOLIA et al., Respondents.—

Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.